AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

JUAN CARLOS PENA,

    PLAINTIFF

        V.

C-MART SUPERMARKET, INC., C-MART SUPERMARKET II, INC., AND MIAO KUN FANG,

    DEFENDANTS

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**04cv 10361 JLT**

TO: (Name and address of Defendant)
C-MART SUPERMARKET, INC.
686-692 WASHINGTON ST.
BOSTON, MA 02111

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

TODD S. HEYMAN
SHAPIRO HABER & URMY LLP
75 STATE STREET
BOSTON, MA 02109
(617) 439-3939

an answer to the complaint which is served on you with this summons, within _20_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE: 2-23-04

%AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | APRIL 7, 2004 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| DAVID G. BEDUGNIS, SR. | CONSTABLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): BY GIVING SAID COPIES IN HAND TO MIAO KUN FANG, OFFICER AND/OR GENERAL AGENT OF C-MART SUPERMARKET, INC. SAID SERVICE WAS MADE AT 109 LINCOLN STREET, BOSTON, MASSACHUSETTS.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $11.00 | $25.00 | $36.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/7/2004   _[signature]_
                Date      Signature of Server
                          DAVID G. BEDUGNIS, SR., CONSTABLE
                          %ROSCOE, BEDUGNIS & ASSOCIATES
                          15 COURT SQUARE, SUITE 450
                          BOSTON, MASSACHUSETTS  02108
                          Address of Server

_[handwritten margin notes: C-MART SUPERMARKET, INC., 692 WASHINGTON ST., BOS., 02111, 686-]_

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.