AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

JUAN CARLOS PENA,

PLAINTIFF,

V.

C-MART SUPERMARKET INC., C-MART SUPERMARKET II, INC., AND MIAO KUN FANG,

DEFENDANTS

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**04 cv 10361 JLT**

TO: (Name and address of Defendant)

MIAO KUN FANG
686-692 WASHINGTON STREET
BOSTON, MA 02111

3600 MYSTIC VALLEY PARKWAY
APT. W1014, MEDFORD, MA 02155

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

TODD S. HEYMAN
SHAPIRO HABER & URMY LLP
75 STATE STREET
BOSTON, MA 02109
(617) 439-3939

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK                                                 2-23-04

(By) DEPUTY CLERK                                     DATE

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE<br>APRIL 7, 2004 |
| NAME OF SERVER (PRINT)<br>DAVID G. BEDUGNIS, SR. | TITLE<br>CONSTABLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:  109 LINCOLN STREET, BOSTON, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $11.00 | $25.00 | $36.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/7/2004

*Signature of Server*
DAVID G. BEDUGNIS, SR., CONSTABLE
%ROSCOE, BEDUGNIS & ASSOCIATES
15 COURT SQUARE, SUITE 450
BOSTON, MASSACHUSETTS  02108
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.