AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

JUAN CARLOS PENA,

    PLAINTIFF,

        V.

C-MART SUPERMARKET INC., C-MART SUPERMARKET II, INC., AND MIAO KUN FANG,

    DEFENDANTS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**04 CV 10361 JLT**

TO: (Name and address of Defendant)

    C-MART SUPERMARKET II, INC.
    686-692 WASHINGTON ST.
    BOSTON, MA 02111

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    TODD S. HEYMAN
    SHAPIRO HABER & URMY LLP
    75 STATE STREET
    BOSTON, MA 02109
    (617) 439-3939

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE: 2-23-04

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE APRIL 7, 2004 |
| NAME OF SERVER (PRINT) DAVID G. BEDUGNIS, SR. | TITLE CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): BY GIVING SAID COPIES IN HAND TO MIAO KUN FANG, OFFICER AND/OR GENERAL AGENT OF C-MART SUPERMARKET, II, INC. SAID SERVICE WAS MADE AT 109 LINCOLN STREET, BOSTON, MASSACHUSETTS.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $11.00 | $25.00 | $36.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/7/2004
                   *Date*

Signature of Server
DAVID G. BEDUGNIS, SR., CONSTABLE
%ROSCOE, BEDUGNIS & ASSOCIATES
15 COURT SQUARE, SUITE 450
BOSTON, MASSACHUSETTS  02108
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.