UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JUAN CARLOS PENA, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>C-MART SUPERMARKET, INC.,)<br>et. al., )<br>)<br>Defendants. )<br>) | Civ. A. No. 04-10361-JLT |

**JOINT MOTION FOR APPROVAL OF SETTLEMENT
AND DISMISSAL WITH PREJUDICE**

Plaintiff and Defendants hereby respectfully move this Court for an order approving the Settlement Agreement ("Agreement") attached as Exhibit A to the Declaration of Todd S. Heyman in Support of the Settlement Agreement ("Heyman Decl."), and upon approval of the Agreement, an order dismissing this action with prejudice.

As grounds for this joint motion the parties hereby state:

1. An employee's rights under the Fair Labor Standards Act cannot be compromised by private agreement without approval of the Court. *See generally, Lynn's Food Stores, Inc. v. U.S*, 679 F.2d 1350, 1353 (11th Cir. 1982)(citing *Brooklyn Sav. Bank v. O'Neil*, 324 U.S. 697 (1945)).

2. The Agreement was arrived at as a result of good faith settlement negotiations conducted at arms length.

3.  Both Plaintiff and Defendants have decided that the Agreement represents a fair compromise that allows each party to avoid the costs and risks of continued litigation and bring this matter to a prompt and efficient resolution.

4.  The award of attorney's fees and costs to Plaintiff's Counsel under the Agreement is fair and reasonable. *See* Heyman Decl. ¶¶ 7-8.

For the reasons stated herein, all parties respectfully request that this Court grant approval of the Agreement and, upon granting such approval, dismiss this action with prejudice.

Respectfully submitted, 5/17/04

_____
Counsel for Plaintiff
Todd S. Heyman, Esq.
53 State St.
Suite 3700
Boston, MA 02109
617-439-3939

_____
Counsel for Defendants
George N. Heos, Jr., Esq.
132 Lincoln Street
Suite 2R
Boston, MA 02111
617-482-7538

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL-HAND-FAX ON 5/18/04