UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JUAN CARLOS PENA,         )<br>                           )<br>    Plaintiff,             )<br>                           )<br>                           )<br>v.                         )<br>                           )<br>C-MART SUPERMARKET, INC.,) <br>et. al.,                   )<br>                           )<br>    Defendants.            )<br>                           ) | Civ. A. No. 04-10361-JLT |

## SETTLEMENT AGREEMENT

This Settlement Agreement ("Agreement") is made and entered into as of May 17, 2004 between the Plaintiff, Juan Carlos Pena, and Defendants C-Mart Supermarket, Inc., C-Mart Supermarket II, Inc., and Miao Kun Fang to resolve the claims asserted in the above captioned matter.

WHEREAS, the Plaintiff alleges that Defendants violated state and federal wage and hour laws and failed to properly compensate him for all hours worked;

WHEREAS, the Defendants deny the Plaintiff's factual allegations and any liability for the claims asserted by Plaintiff;

WHEREAS, all parties recognize and wish to avoid the costs and risks of continued litigation of the present dispute;

The parties, in consideration of the mutual covenants and agreements set forth herein, the receipt and sufficiency of which are hereby acknowledged, hereby agree to resolve this dispute, subject to approval by the Court, by means of the agreement set forth below:

1. This Agreement is conditional upon approval of the Court. If the Court fails to approve this Agreement for any reason, the parties will stand in the same positions as they would have if the Agreement had never been entered into.

2. Plaintiff hereby agrees to release any and all claims against Defendants for any and all violations of state and federal wage and hour laws.

3. Without admitting any liability for the claims asserted by Plaintiff, Defendants agree to pay Plaintiff four thousand and five hundred dollars ($4,500)("Settlement Fund").

4. Plaintiff's Counsel will receive from the Settlement Fund reimbursement for its out of pocket costs in prosecuting this action up to the date of this Agreement, which are four hundred and forty-one dollars and seventy-eight cents ($ 441.78).

5. Of the remaining portion of the Settlement Fund ($4058.22), Plaintiff will receive two-thirds of such amount, or, two thousand, seven hundred and five dollars and forty-eight cents ($ 2,705.48).

6. Plaintiff's Counsel will then receive, as compensation for the provision of legal services for prosecution of this action, the remaining one-third of the Settlement Fund, which is one thousand, three hundred, fifty-two dollars and seventy-four cents ($ 1,352.74).

7. The parties acknowledge and agree that this Agreement constitutes a full, final, and complete settlement of their differences relating to the subject matter hereof and supersedes and replaces any and all other written or oral exchanges, agreements, understandings,

arrangements, or negotiations between them relating to the subject matter hereof.

8. This agreement shall be construed and enforced according to the laws of Massachusetts.

AGREED THIS __17__ DAY OF MAY, 2004.

_Juan-C Peña_
Juan Carlos Pena, Plaintiff
199 London Street
East Boston, MA 02128

_Todd S. Heyman_
Todd S. Heyman, Esq.
Counsel for Plaintiff
Shapiro Haber & Urmy LLP
53 State Street
Suite 3700
Boston, MA 02109

_____
Miao Kun Fang

_____
C-Mart Supermarket, Inc.
Miao Kun Fang, President
686-692 Washington Street
Boston, MA 02111

_____
C-Mart Supermarket II, Inc.
Miao Kun Fang, President
686-692 Washington Street
Boston, MA 02111

_____
George N. Keos, Jr., Esq.
Counsel for Defendants
132 Lincoln Street
Suite 2R
Boston, MA 02111

3